No. 288. CITY OF MOHALL ET AL. *v.* FIRST NATIONAL BANK OF SLEEPY EYE ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. W. H. Shure* and *P. M. Clark* for petitioners. No appearance for respondents.

No. 289. HEININGER ET AL. *v.* FARLEY, POSTMASTER GENERAL. October 9, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. John J. Sirica* and *Floyd Lanham* for petitioners. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. William W. Barron* and *George F. Kneip* for respondent.

No. 290. RAMBUSCH DECORATING CO. *v.* BROTHERHOOD OF PAINTERS, DECORATORS & PAPERHANGERS OF AMERICA ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David Groberg* for petitioner. No appearance for respondents.

No. 291. WEST, TRUSTEE, ET AL. *v.* CITY OF EL PASO; and

No. 292. CITY OF EL PASO *v.* WEST, TRUSTEE, ET AL. October 9, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. James H. Pershing* and *Robert G. Bosworth* for West et al. *Mr. A. W. Norcop* for the City of El Paso. Reported below: 102 F. 2d 927; 104 *id.* 96.